```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

STEVEN HAMMON,

    Plaintiff,

v.                                        Civil Action No. 2:11-cv-00038

SARGENT WOLF,
SENIOR TROOPER JIM COLMER,
OFFICER B.J. ANDERSON,
Ravenswood Police Department,
and JOHN DOE, K-9 Unit Officer,

    Defendants.


### MEMORANDUM OPINION AND ORDER

This action was previously referred to Mary E. Stanley, United States Magistrate Judge, who has submitted her Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on January 24, 2012. The magistrate judge recommends dismissal without prejudice of plaintiff's complaint for failure to prosecute. The plaintiff has not objected to the Proposed Findings and

Recommendation.  The court concludes the recommended disposition is correct.

Accordingly, it is ORDERED that:

1.  The Proposed Findings and Recommendation be, and it hereby is, adopted by the court;

2.  This action be, and it hereby is, dismissed without prejudice, and stricken from the docket.

The Clerk is directed to forward copies of this written opinion and order to the pro se plaintiff, all counsel of record, and the United States Magistrate Judge.

DATED: March 14, 2102

John T. Copenhaver, Jr.
United States District Judge